**THOMAS R. SUOZZI**
County Executive



**LORNA B. GOODMAN**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
Ralph G. Caso Executive and Legislative Building
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-6604

January 27, 2005

Honorable E. Thomas Boyle
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Hic v. County of Nassau, et al.
            <u>03-CV-2813 (SLT) (ETB)</u>

Dear Judge Boyle:

      My office represents the Defendants County of Nassau, Nassau County Correctional Center and the Nassau District Attorney's Office in the above-referenced action. I am writing this letter also on behalf of Alexander V. Sansone (6531) of Troy & Troy who represents the Defendants Nassau University Hospital (Nassau Health Care Corporation) and John and Jane Does 1 through 10 in this matter.

      The purpose of this letter is to inform the Court that we no longer have need of the final conference which has been scheduled with your Honor for January 31, 2005 ant 1:30 PM. We have an oral agreement to settle this matter according to the terms discussed among all parties with your Honor at the last conference held on January 5, 2005. I have prepared a Stipulation and Order of Dismissal and a Settlement Agreement and Release. Mr. Sansone has reviewed these documents and approved the final versions which are being presented by express mail to Mr. Hic, who is incarcerated in York, Pennsylvania, for execution.

      Thank you for your attention to this matter.

                            Sincerely,

                            Bernadette K. Ford (BKF 4339)
                            Deputy County Attorney

cc:    Alexander V. Sansone, Esq. (6531)
        Jan Hic